IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 01198 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MICHAEL REA, and
CHARLES MEDICINE BLANKET,

    Plaintiffs,

v.

ARI ZAVARES [sic], Exec. Director - CDOC,
ATTORNEY GENERAL FOR THE STATE OF COLORADO, and
SPECIAL PARTY: CHAPLAIN 'DYKES' - KCCC,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCIES

Plaintiffs, Michael Rea and Charles Medicine Blanket, are in the custody of the Colorado Department of Corrections and currently are incarcerated at the Kit Carson Correctional Facility in Burlington, Colorado. They have submitted a Prisoner Complaint on an outdated Court form that only Michael Rea has signed. Both Plaintiffs have jointly signed and submitted a document titled "Prisoners [sic] Civil Rights Complaint (42 USCA § 1983 Civil Action; 18 USC § 1951-1956)."

Only Mr. Rea has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper form. Mr. Medicine Blanket has failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper form. Each Plaintiff has submitted a certified copy of his

trust fund account statement as an attachment to a document titled "Motion to Proceed Informa [sic] Pauperis" that both Plaintiffs have signed. Each Plaintiff has submitted and individually signed a document titled "Affidavit in Support." Plaintiffs have jointly signed and submitted documents titled "Plaintiffs Entry of Appearance," "Summons," and "Motion for TRO/Injunction Pursuant to FRCP 65(b), (1) and for Immediate Relief 28 USC § 2201-02."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the Court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers which Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  XX   is not submitted by Plaintiff Medicine Blanket
(2)  __   is missing affidavit
(3)  __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  __   is missing required financial information
(5)  __   is missing an original signature by the prisoner
(6)  __   is not on proper form (must use the court's current form)
(7)  __   names in caption do not match names in caption of complaint, petition or habeas application
(8)  __   An original and a copy have not been received by the court. Only an original has been received.
(9)  __   other:_____.

**Complaint, Petition or Application:**
(10) __   is not submitted
(11) XX   is not on proper form (must use the court's current form)
(12) XX   is missing an original signature by Plaintiff Medicine Blanket
(13) __   is missing page nos. __
(14) __   uses et al. instead of listing all parties in caption

2

(15) \_\_ An original and a copy have not been received by the court. Only an original has been received.
(16) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) \_\_ names in caption do not match names in text
(18) \_\_ other _____

Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiff Medicine Blanket, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that the clerk of the Court mail to Plaintiffs, together with a copy of this order, two copies of the following form to be used in submitting an amended complaint signed by both Plaintiffs: Prisoner Complaint.

FURTHER ORDERED that, if either Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order,** that Plaintiff will be

dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 22d day of May, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '09 - CV - 01198

Michael D. Rea
Prisoner No. 118902
Kit Carson Corr. Center
PO Box 2000 – CA 104b
Burlington, CO 80807

Charles Medicine Blanket
Prisoner No. 98841
Kit Carson Corr. Center
PO Box 2000 CA104b
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form to the above-named individuals and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form to Mr. Medicine Blanket only on** 5/26/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk