IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01198-BNB

MICHAEL REA, and
CHARLES MEDICINE BLANKET,

    Plaintiffs,

v.

COLORADO DEPT. OF CORRECTIONS,
ARI ZAVARAS, Executive Director - CDOC,
COLORADO ATTORNEY GENERAL OF COLORADO,
SPECIAL PARTY: CHAPLAIN DYKUS (KCCC), and
CORRECTIONS CORP. OF AMERICA,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2009

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

Plaintiffs, Michael Rea and Charles Medicine Blanket, are in the custody of the Colorado Department of Corrections and currently are incarcerated at the Kit Carson Correctional Facility in Burlington, Colorado. They submitted *pro se* a Prisoner Complaint on an outdated Court form that only Michael Rea signed. Both Plaintiffs jointly signed and submitted a document titled "Prisoners [sic] Civil Rights Complaint (42 USCA § 1983 Civil Action; 18 USC § 1951-1956)."

Only Mr. Rea submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper form. Each Plaintiff submitted a certified copy of his trust fund account statement as an attachment to a document titled "Motion to Proceed Informa [sic] Pauperis" that both Plaintiffs signed. Each Plaintiff submitted and individually signed a document titled "Affidavit in Support." Plaintiffs jointly signed

and submitted documents titled "Plaintiffs Entry of Appearance," "Summons," and "Motion for TRO/Injunction Pursuant to FRCP 65(b), (1) and for Immediate Relief 28 USC § 2201-02."

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court determined that the submitted documents were deficient. Specifically, Mr. Medicine Blanket was directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the proper, Court-approved form. Both Plaintiffs were directed to submit on the proper, Court-approved form a Prisoner Complaint that both of them signed. Notwithstanding the deficiencies, the clerk of the Court was directed to commence a civil action.

On June 5, 2009, Mr. Medicine Blanket submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 that only he signed. Also on June 5 Plaintiffs submitted three amended complaints that they jointly signed. Two complaints, one typed and one handwritten, were submitted on the Court-approved Prisoner Complaint form. The third complaint, titled "Prisoners Civil Rights Complaint (42 USCA § 1983 Civil Action; 18 USC § 1951-1956)," was not submitted on the Court-approved Prisoner Complaint form provided to Plaintiffs. The caption to this order is a compilation of the parties listed on the different captions to each of the three complaints.

Plaintiffs have failed to comply with the May 26, 2009, order to cure. They have failed to submit one amended complaint that both of them have signed. The amended complaints will be dismissed without prejudice for failure to comply with the May 26 cure order. If Plaintiffs wish to pursue their claims, they may do so by initiating a separate

action. Plaintiffs must submit a complaint on the proper, Court-approved form that both of them have signed and that asserts all of their claims against all of the defendants they intend to sue. Assuming Plaintiffs will seek leave to proceed pursuant to 28 U.S.C. § 1915, each Plaintiff must submit an individually signed motion for leave to proceed pursuant to § 1915 together with a certified copy of his trust fund account statement. Accordingly, it is

ORDERED that the amended complaints and the action are dismissed without prejudice for Plaintiffs failure to comply with the May 26, 2009, order to cure. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this __15__ day of __July__, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01198-BNB

Michael D. Rea
Prisoner No. 118902
Kit Carson Corr. Center
PO Box 2000 – CA 104b
Burlington, CO 80807

Charles Medicine Blanket
Prisoner No. 98841
Kit Carson Corr. Center
PO Box 2000 - CA 104b
Burlington, CO 80807

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/15/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk